# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145971

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 145971
COA: 311012
Wayne CC: 11-003252-FC

ANTHONY TONY HOWZE, a/k/a
ANTHONY TONY SPYDELL,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 14, 2012 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, addressing the issue whether the defendant should be allowed the opportunity to withdraw his plea in light of *People v Cole*, 491 Mich 325 (2012).

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

h0122